|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| FRANK PATRICK BIRCH JR., | Case No. 2:19-cv-01338-GMN-DJA |
| Plaintiff | ORDER |
| v. | |
| STATE OF NEVADA et al., | |
| Defendants | |

**I. DISCUSSION**

On August 6, 2019, this Court denied Plaintiff's application to proceed *in forma pauperis* without prejudice because it was incomplete and directed Plaintiff to file a fully complete application. (ECF No. 4 at 2). On August 30, 2019, Plaintiff filed a motion for reconsideration of that previous order (ECF No. 5) and submitted an application to proceed *in forma pauperis* on an appellate court form (ECF No. 6). That same day, Plaintiff also filed a motion to extend copy work limit. (ECF No. 7). On October 21, 2019, Plaintiff filed a fully complete application to proceed *in forma pauperis* on this Court's approved form. (ECF No. 8).

The Court denies the motion for reconsideration (ECF No. 5) and the application to proceed *in forma pauperis* on the appellate court form (ECF No. 6) as moot because Plaintiff filed a fully complete application on this Court's approved form. The Court also denies the motion for extension of copy work (ECF No. 7) without prejudice at this time because this case is in the pre-service stage and is awaiting screening.

The Court will screen Plaintiff's complaint (ECF Nos. 1-1, 1-2, 1-3) and address the application to proceed *in forma pauperis* (ECF No. 8) in a separate order.

///

///

///

///

**II.      CONCLUSION**

For the foregoing reasons, it is ordered that the motion for reconsideration (ECF No. 5) is denied as moot.

It is further ordered that the application to proceed *in forma pauperis* (ECF No. 6) is denied as moot.

It is further ordered that the motion to extend copy work (ECF No. 7) is denied without prejudice.

DATED THIS  3  day of February 2020.

_____
Gloria M. Navarro, Judge
United States District Court